United States District Court
Southern District of Texas
**ENTERED**
August 25, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| AUDELIO ROSALES WALLE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:26-CV-00242 |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**OPINION AND ORDER OF TRANSFER**

Petitioner, through counsel, filed this habeas case seeking relief pursuant to 28 U.S.C. § 2241. In the Petition, Petitioner's counsel asserts Petitioner is being held at the Coastal Bend Detention Center at the time of filing based on a review of the ICE locator website. (D.E. 1). The Coastal Bend Detention Center is located in Robstown, Texas, in Nueces County. However, a review of the U.S. Immigration and Customs Enforcement locator website on today's date indicates Petitioner is located at the Port Isabel Detention Center in Los Fresnos, Texas. *See* https://locator.ice.gov/odls/#/details (last visited August 25, 2026). The Port Isabel SPC is located in Cameron County, Texas which is within the Southern District of Texas, Brownsville Division. 28 U.S.C. § 124 (b)(4).

It is well established that a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 must be filed in the district where the prisoner is incarcerated. *Hooker v. Sivley*, 187 F.3d 680, 682 (5th Cir. 1999) (citation omitted); *see also Pack v. Yusuff*, 218 F.3d 448, 451 (5th Cir. 2000) (citations omitted). While Petitioner filed this case in the

Southern District of Texas, it is more appropriately transferred to the Brownsville Division, where Petitioner is currently being held.

Rather than dismissal, the Court finds this case should be transferred. Therefore, the Clerk of Court is **ORDERED** to **TRANSFER** this case to the United States District Court for the Southern District of Texas, Brownsville Division. All pending Motions are **DENIED** as moot and the Clerk of Court is **DIRECTED** to **CLOSE** this case.

ORDERED on August 25, 2026.

Jason B. Libby
United States Magistrate Judge